No. 03–6214. FIELDS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. Reported below: 325 F. 3d 286.

No. 03–6196. BURCIAGA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–6198. AMELING *v.* UNITED STATES; and
No. 03–6225. BROWN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Reported below: 328 F. 3d 443.

No. 03–6199. WILLIAMS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–6202. MOHSENZADEH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–6203. WILSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–6208. MCNUTT *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–6210. PINEDA-GUILLEN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–6212. GARCIA-HERNANDEZ *v.* UNITED STATES; and ALFARO-LOPEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 71 Fed. Appx. 441.

No. 03–6213. GAMINO-GUTIERREZ, AKA PEREZ, AKA ALFARO CUELLAR *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–6219. WILLIAMS *v.* LARSEN, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 03–6220. PICKENS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–6221. HOLLINGSWORTH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–6222. GUERRA-GARCIA ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 03–6223. WEITERS *v.* MUGAN, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.